UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re DELTA AIR LINES, INC. et al.,

        Debtors.

Chapter 11

05-B-17923 (ASH)

---

KENTON COUNTY BONDHOLDERS COMMITTEE,

        Appellants,

    - against -

DELTA AIR LINES, INC. et al.,

        Appellees.

M-47 (JGK)
07 Civ. 3968
07 Civ. 4148

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to advise the Court promptly by letter whether the parties' joint request to transfer the appeal docketed as 07 Civ. 4148 requires any amendment to the Stipulation entered into by the parties and ordered by the Court on May 17, 2007, including the appropriate caption for the matters now before the Court.

SO ORDERED.

Dated:    New York, New York
          June 11, 2007

                                        John G. Koeltl
                                      United States District Judge

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07