DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 450-6539
Marshall S. Huebner (MH 7800)
Timothy Graulich (TG 0046)
James I. McClammy (JM 5592)

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| | : |
| | : |
| **In re:** | : |
| | : |
| | : **Chapter 11 Case No.** |
| **DELTA AIR LINES, INC., et al.,** | : |
| | : **05-17923 (ASH)** |
| | : |
| **Debtors.** | : **(Jointly Administered)** |
| - - - - - - - - - - - - - - - - - - - - - - - - - | : |
| | : |
| **KENTON COUNTY BONDHOLDERS** | : |
| **COMMITTEE,** | : |
| | : |
| **Appellants,** | : |
| | : **07 Civ. 3968 (JGK)** |
| **v.** | : |
| | : |
| **DELTA AIRLINES, INC., et. al.,** | : |
| | : |
| **Appellees.** | : |
| | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Delta Air Lines, Inc. in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below.

Dated:  New York, NY
        June 20, 2007

By:   /s/ James I. McClammy
      James I. McClammy (JM 5592)

DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-6539

2