EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
and
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 425-7103
Fax: (302) 777-7263
Selinda A. Melnik (SM 1614)

Attorneys for Kenton County Airport Board

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA AIR LINES, INC., <u>et al</u>., | : | Case No. 05-17923(ASH) |
| | : | (Jointly Administered) |
| Debtors. | : | |
|----------------------------------------------------| | |
| KENTON COUNTY BONDHOLDERS COMMITTEE, | : : | |
| | : | M-47 (JGK) |
| Appellants. | : | |
| | : | |
| v. | : | |
| | : | |
| DELTA AIRLINES, INC., <u>et al</u>., | : | |
| | : | |
| Appellees | : | |
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the **OPPOSITION BRIEF OF**

**APPELLEE KENTON COUNTY AIRPORT BOARD IN SUPPORT OF THE**

**BANKRUPTCY COURT'S ORDER APPROVING THE SETTLEMENT AGREEMENT**

filed this date with the District Court for the Southern District of New York to be served by

electronic mail and by U.S. First Class Mail on the parties on the attached Service List with a

courtesy chambers copy hand-delivered to the Chambers of the Honorable John G. Koeltl, Jr.,

- 2 -

United States District Court for the Southern District of New York, Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street, Room 1030, New York, NY  10007, and by.

Dated:   New York, New York
        June 22, 2007                /s/ Selinda A. Melnik
                                          Selinda A. Melnik

## SERVICE LIST

Marshall S. Huebner
James I. McClammy
Andrew Dean
Timothy Graulich
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
marshall.huebner@dpw.com
james.mcclammy@dpw.com
andrew.dean@dpw.com
timothy.graulich@dpw.com

John K. Cunningham
White & Case LLP
Wachovia Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
jcunningham@miami.whitecase.com

Thomas E. Lauria
Christopher J. Shore
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
tlauria@whitecase.com
cshore@ny.whitecase.com

William W. Kannel
Daniel S. Bleck
Ian A. Hammel
Matthew C. Hurley
Mintz Levin Cohn Ferris Glovsky & Popeo P.C.
One Financial Center
Boston, MA 02110
wwkannel@mintz.com
dsbleck@mintz.com
ihammel@mintz.com
mchurley@mintz.com

David H. Botter
Daniel H. Golden
Lisa G. Beckerman
Abid Qureshi
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
dbotter@akingump.com
dgolden@akingump.com
lbeckerman@akingump.com
aqureshi@akingump.com

Christine B. Cesare
Bryan Cave
1290 Avenue of the Americas
New York, NY 10104-3300
cbcesare@bryancave.com