**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELTA AIR LINES, INC., et al., ) | Case No. 05-17923 (ASH) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| KENTON COUNTY BONDHOLDERS ) | |
| COMMITTEE, ) | 07 Civ. 3968 (JGK) |
| Appellants. ) | |
| v. ) | |
| ) | |
| DELTA AIR LINES, INC., et al., ) | |
| Appellees. ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby respectfully enter appearance as attorneys of record for Kenton County Airport Board in the above-captioned proceedings and request that all subsequent papers be served upon them at the addresses below.

Dated: June 22, 2007
      Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 425-7103
Facsimile: (302) 777-7263
smelnik@eapdlaw.com
By: /s/ *Selinda A. Melnik*
    Selinda A. Melnik (SM 1614)

- and -

ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, Kentucky 41017-5710
Telephone: (859) 426-1300
Facsimile: (859) 426-1350
msmith@zslaw.com
Matthew C. Smith (*admitted pro hac vice*)

Attorneys for Appellee
The Kenton County Airport Board

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the **NOTICE OF APPEARANCE** filed this date with the District Court for the Southern District of New York to be served by electronic mail on the following parties:

John K. Cunningham
White & Case LLP
Wachovia Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
jcunningham@miami.whitecase.com

Thomas E. Lauria
Christopher J. Shore
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
tlauria@whitecase.com
cshore@ny.whitecase.com

Dated:   New York, New York
        June 22, 2007               /s/ Selinda A. Melnik
                                             Selinda A. Melnik