UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) <br> ) <br> DELTA AIR LINES, INC., *et al.*, ) <br> ) <br> Debtors. ) <br> ) <br> _____ ) <br> KENTON COUNTY BONDHOLDERS ) <br> COMMITTEE, ) <br> ) <br> Appellants, ) <br> ) <br> v. ) <br> ) <br> DELTA AIR LINES, INC., KENTON ) <br> COUNTY AIRPORT BOARD, and ) <br> UMB BANK, N.A., AS SUCCESSOR ) <br> INDENTURE TRUSTEE, ) <br> ) <br> Appellees. ) <br> _____ ) | 1:07-CV-3968  (JGK) <br><br><br><br> On Appeal From: <br><br> United States Bankruptcy Court <br> Southern District of New York <br> Chap. 11 Case No. 05-17923 (ash) <br> (Jointly Administered) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby respectfully enter their appearance as attorneys of record for UMB Bank, N.A., as trustee, in the above-captioned proceedings and request that all subsequent papers be served upon them at the addresses below.

     **/S/ WILLIAM W. KANNEL**
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241
William W. Kannel (wwkannel@mintz.com)
Dominic J. Picca (djpicca@mintz.com)
Matthew C. Hurley (mchurley@mintz.com)
Ian A. Hammel (ihammel@mintz.com)

*Attorneys for UMB Bank, N.A.,*
*as Successor Indenture Trustee*