UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | |
| DELTA AIR LINES, INC., *et al.*, ) | |
| ) | 1:07-CV-3968 (JGK) |
| Debtors. ) | |
| ) | |
| _____) | |
| KENTON COUNTY BONDHOLDERS ) | On Appeal From: |
| COMMITTEE, ) | |
| ) | United States Bankruptcy Court |
| Appellants, ) | Southern District of New York |
| ) | Chap. 11 Case No. 05-17923 (ash) |
| v. ) | (Jointly Administered) |
| ) | |
| DELTA AIR LINES, INC., KENTON ) | |
| COUNTY AIRPORT BOARD, and ) | |
| UMB BANK, N.A., AS SUCCESSOR ) | |
| INDENTURE TRUSTEE, ) | |
| ) | |
| Appellees. ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

I, William J. Kannel, do hereby certify that on the 22nd day of June, 2007, I caused a copy of the Opposition Brief of Appellee UMB Bank, N.A., as Successor Indenture Trustee and a related notice of appearance to be served by electronic mail (unless otherwise noted) to the following parties:

Edwards, Angell, Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Attn: Selinda A. Melnik, Esq.

White & Case
1155 Avenue of the Americas
New York, NY 10036
Attn: Christopher Shore, Esq.
　　　Thomas Lauria

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
　　　James McClammy, Esq.
　　　Andrew Dean, Esq.
　　　Timothy Graulich, Esq.

Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
Attn: Daniel H. Golden, Esq.
　　　Lisa G. Beckerman, Esq.
　　　David H. Botter, Esq.

| | |
|---|---|
| Bryan Cave<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Christine Cesare, Esq. | White & Case<br>200 South Biscayne Blvd<br>Miami, FL 33131<br>Attn: John K. Cunningham<br>**\* also by overnight mail** |

Ziegler & Schneider
541 Buttermilk Pike
Covington, KY 41017
Attn: Matthew Smith, Esq.
    Wilbert Ziegler, Esq.
    Debra Pleatman, Esq.
    Steven Martin, Esq.

Dated: June 22, 2007

*/s/ William W. Kannel*
William W. Kannel