Dated: December 4, 2006

## NOTICE REGARDING EXTENSION OF FORBEARANCE AGREEMENT

Notice #11

**NOTICE TO THE HOLDERS OF THE $419,000,000 KENTON COUNTY AIRPORT BOARD, SPECIAL FACILITIES REVENUE BONDS, 1992 SERIES A (DELTA AIR LINES, INC. PROJECT) AND THE $19,000,000 KENTON COUNTY AIRPORT BOARD, SPECIAL FACILITIES REVENUE BONDS, 1992 SERIES B (DELTA AIR LINES, INC. PROJECT)**

| Series | Interest Rate | Maturity Date | CUSIP No.[1] |
|---|---|---|---|
| Series A | 7.500% | 2/1/2012 | 491026JF8 |
| Series A | 7.500% | 2/1/2020 | 491026JG6 |
| Series A | 7.125% | 2/1/2021 | 491026JK7 |
| Series A | 6.125% | 2/1/2022 | 491026JH4 |
| Series B | 7.250% | 2/1/2022 | 491026JJ0 |

(COLLECTIVELY, THE "BONDS")

NOTE: THIS NOTICE CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST TO THE REGISTERED AND BENEFICIAL OWNERS OF THE BONDS. IF APPLICABLE, ALL DEPOSITORIES, CUSTODIANS, AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE ARE REQUESTED TO EXPEDITE RE-TRANSMITTAL TO BENEFICIAL OWNERS OF THE BONDS IN A TIMELY MANNER.

Dear Bondholder:

This notice (the "Notice") is given to you by UMB Bank, N.A., as successor trustee to Star Bank, N.A. n/k/a U.S. Bank National Association (the "Trustee") under the Trust Indenture dated as of February 1, 1992 (the "Indenture") between the Kenton County Airport Board (the "Issuer") and the Trustee in your capacity as a holder of the Bonds (the "Bondholders").

This Notice and other information will be posted on www.kentoncountybondholders.com, a website established by the Trustee for the purpose of making publicly available certain information which may be of interest to Bondholders. Delta Air Lines, Inc. ("Delta") and certain of its affiliated companies have also provided information for dissemination and have posted certain financial and other information pertaining to their bankruptcy filing (as referenced below) on their website, www.deltadocket.com.

---

[1] The Trustee makes no representation as to the accuracy of the CUSIP numbers.

UMB 01177

## CHAPTER 11 FILING OF DELTA AIR LINES, INC., ET. AL.

As the Trustee has previously notified you, on September 14, 2005, Delta and certain of its affiliates filed separate voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Proceedings"). The bankruptcy petition and other related documents filed in these cases are available on the Court's website www.nysb.uscourts.gov or at the Clerk's office at the following address:

> Clerk of United States Bankruptcy Court
> Alexander Hamilton Custom House
> One Bowling Green
> New York, NY 10004-1408

Additionally, certain documents are available at www.deltadocket.com.

## EXTENSION OF FORBEARANCE AGREEMENT

As the Trustee has indicated in a previous notice, on April 28, 2006, Delta filed a motion in the Bankruptcy Proceedings to reject the Lease Agreement with the Kenton County Airport Board that requires Delta to, inter alia, pay rentals equal to amounts due on the Bonds (the "Facilities Lease") and to reject certain other agreements associated with the Facilities Lease to the extent they are "executory contracts" or "unexpired leases" (the "Rejection Motion"). As indicated in previous notices, the Trustee continues to evaluate the Rejection Motion, and the Trustee, the unofficial Bondholders' Committee (described below) and the Kenton County Airport Board ("KCAB") continue to discuss the Rejection Motion with Delta.

Pursuant to a prior notice, the Trustee notified Bondholders that the Trustee, the unofficial Bondholders' Committee, KCAB and Delta entered into a Forbearance Agreement dated July 18, 2006 (the "Forbearance Agreement"). Under the Forbearance Agreement, Delta agreed, inter alia, to make payments in the amount of $1,125,000 per month commencing September 1, 2006 during the forbearance period described in that agreement (the "Forbearance Period").

Pursuant to the Forbearance Agreement, the Forbearance Period ended on the earlier of (i) the date an order is entered in the Bankruptcy Proceedings approving or denying the Rejection Motion, which date shall be no earlier than September 29, 2006; or (ii) the date upon which the Trustee, Delta or KCAB provided a notice in accordance with the Forbearance Agreement terminating the Forbearance Period, which date was to be no earlier than November 30, 2006. On November 29, 2006, the Trustee, the unofficial Bondholders' Committee, KCAB and Delta executed an Amendment to Forbearance Agreement (the "Amendment") extending the November 30, 2006 date to December 15, 2006.

Any questions regarding the Forbearance Agreement or the Amendment can be directed to counsel to the Trustee at the contact information that appears below, or to the Trustee directly.

## BONDHOLDER COMMITTEE

As discussed in previous notices, certain Bondholders have joined an unofficial Bondholders' Committee. Bondholders participating in such a group could be restricted in their ability to trade their Bonds. In addition, Delta has required that Bondholders who receive certain information from Delta enter into a confidentiality agreement which may not only restrict the ability of such Bondholders to trade the Bonds,

UMB 01178

but also the other securities of Delta.

**RETENTION OF COUNSEL**

The Trustee has retained the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and specifically Mr. William W. Kannel and Mr. Daniel S. Bleck of that firm, to represent it in connection with the Bankruptcy Proceedings. The address of Mr. Kannel and Mr. Bleck is Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111. Mr. Kannel's telephone number is (617) 348-1665; E-mail: wkannel@mintz.com. Mr. Bleck's telephone number is (617) 348-4498; E-mail: dbleck@mintz.com.

**FUTURE EVENTS**

The Trustee will periodically communicate with Bondholders through written notice of material events of a public nature which the Trustee has knowledge. To facilitate such communications, any beneficial holder who wishes to receive such written notices directly may send its notice address to the Trustee, including its claimed holdings for the Bonds held (with CUSIP numbers, DTC participant name and denominations, if applicable), a contact person, address, telephone number and e-mail address.

Please note that the Trustee may conclude that a specific response to particular inquiries from individual Bondholders is not consistent with equal and full dissemination of information to all Bondholders. Bondholders should not rely on the Trustee, or on counsel or other advisors retained by the Trustee, as their sole source of information. The Trustee makes no recommendations nor gives any investment advice herein or as to the Bonds generally.

**COMMUNICATIONS TO TRUSTEE**

If you wish to contact the Trustee regarding the Bonds or the contents of this Notice, we ask that you do so in writing directed to:

> UMB Bank, N.A., as Trustee
> Corporate Trust Division
> 2401 Grand Blvd.
> Kansas City, MO 64108-2551
> Attn: Anthony Hawkins
> Vice President

Or you may contact either William Kannel or Daniel Bleck.

Very truly yours,


UMB Bank, N.A.,
As Trustee

UMB 01179

Dated: January 4, 2007

**NOTICE OF (I) EXTENSION OF FORBEARANCE PERIOD; (II) FILING OF CHAPTER 11 PLAN AND DISCLOSURE STATEMENT; (III) HEARING TO CONSIDER DISCLOSURE STATEMENT AND OBJECTION DEADLINES; AND (IV) PROPOSED VOTING RECORD DATE**

Notice #12

**NOTICE TO THE HOLDERS OF THE $419,000,000 KENTON COUNTY AIRPORT BOARD, SPECIAL FACILITIES REVENUE BONDS, 1992 SERIES A (DELTA AIR LINES, INC. PROJECT) AND THE $19,000,000 KENTON COUNTY AIRPORT BOARD, SPECIAL FACILITIES REVENUE BONDS, 1992 SERIES B (DELTA AIR LINES, INC. PROJECT)**

| Series | Interest Rate | Maturity Date | CUSIP No.[1] |
|---|---|---|---|
| Series A | 7.500% | 2/1/2012 | 491026JF8 |
| Series A | 7.500% | 2/1/2020 | 491026JG6 |
| Series A | 7.125% | 2/1/2021 | 491026JK7 |
| Series A | 6.125% | 2/1/2022 | 491026JH4 |
| Series B | 7.250% | 2/1/2022 | 491026JJ0 |

(COLLECTIVELY, THE "BONDS")

**NOTE: THIS NOTICE CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST TO THE REGISTERED AND BENEFICIAL OWNERS OF THE BONDS. IF APPLICABLE, ALL DEPOSITORIES, CUSTODIANS, AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE ARE REQUESTED TO EXPEDITE RE-TRANSMITTAL TO BENEFICIAL OWNERS OF THE BONDS IN A TIMELY MANNER.**

Dear Bondholder:

This notice (the "Notice") is given to you by UMB Bank, N.A., as successor trustee to Star Bank, N.A. n/k/a U.S. Bank National Association (the "Trustee") under the Trust Indenture dated as of February 1, 1992 (the "Indenture") between the Kenton County Airport Board (the "KCAB") and the Trustee in your capacity as a holder of the Bonds (the "Bondholders").

This Notice and other information will be posted on www.kentoncountybondholders.com, a website established by the Trustee for the purpose of making publicly available certain information which may be of interest to Bondholders. Delta Air Lines, Inc. ("Delta") and certain of its affiliated companies have also provided information for dissemination and have posted certain financial and other information pertaining to their bankruptcy filing (as referenced below) on their website, www.deltadocket.com.

---

[1] The Trustee makes no representation as to the accuracy of the CUSIP numbers.

UMB 01180

## CHAPTER 11 FILING OF DELTA AIR LINES, INC., ET. AL.

As the Trustee has previously notified you, on September 14, 2005, Delta and certain of its affiliates filed separate voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Proceedings"). The bankruptcy petition and other related documents filed in these cases are available on the Court's website www.nysb.uscourts.gov or at the Clerk's office at the following address:

> Clerk of United States Bankruptcy Court
> Alexander Hamilton Custom House
> One Bowling Green
> New York, NY 10004-1408

(the "Bankruptcy Court"). Additionally, certain documents are available at www.deltadocket.com.

## EXTENSION OF FORBEARANCE AGREEMENT

You are hereby notified that the "Forbearance Period" for the "Forbearance Agreement" described in this section has been extended.

As the Trustee has previously indicated, the Trustee, the unofficial Bondholders' Committee (described below), KCAB and Delta entered into a Forbearance Agreement dated July 18, 2006 (the "Forbearance Agreement"). Under the Forbearance Agreement, Delta agreed, inter alia, to make payments in the amount of $1,125,000 per month commencing September 1, 2006 and continuing during the term of the forbearance period as such period is described in the agreement (the "Forbearance Period").

The Forbearance Period was initially scheduled to end on the earlier of (i) the date an order was entered in the Bankruptcy Proceedings approving or denying the Rejection Motion, which date was to be no earlier than September 29, 2006; or (ii) the date upon which the Trustee, Delta or KCAB provided a notice in accordance with the Forbearance Agreement terminating the Forbearance Period, which date was to be no earlier than November 30, 2006.

As you were previously notified, on November 29, 2006, the Trustee, the unofficial Bondholders' Committee, KCAB and Delta amended the Forbearance Agreement ("Amendment #1") to extend the November 30, 2006 date to December 15, 2006. Pursuant to a second amendment to the Forbearance Agreement ("Amendment #2"), the December 15, 2006 date has been extended until February 15, 2007.

Any questions regarding the Forbearance Agreement, Amendment #1 or Amendment #2 can be directed to counsel to the Trustee at the contact information that appears below.

## MOTION TO REJECT LEASE AGREEMENT THAT RELATES TO THE BONDS

As the Trustee indicated in previous notices, on April 28, 2006, Delta filed a motion in the Bankruptcy Proceedings to reject the Lease Agreement with KCAB (the "Facilities Lease") and to reject certain other agreements associated with the Facilities Lease to the extent they are "executory contracts" or "unexpired leases" (the "Rejection Motion"). The Facilities Lease requires Delta to, inter alia, pay rental amounts equal to the amounts due on the Bonds. The Trustee continues to evaluate the Rejection Motion, and the Trustee, the unofficial Bondholders' Committee and KCAB continue to discuss the Rejection Motion with Delta. No hearing on the Rejection Motion or objection deadline is currently scheduled. It is not

UMB 01181

clear whether the parties will reach any consensual resolution concerning the Rejection Motion or, if a settlement is reached, what the terms of any proposed resolution might be.

## FILING OF CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

On December 19, 2006, Delta filed the "Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code" (the "Plan") as well as the supporting Disclosure Statement (the "Disclosure Statement") in the Bankruptcy Proceedings. The Plan provides for the treatment of the claims of Delta's creditors. The Disclosure Statement contains, among other things, descriptions of events occurring during the Bankruptcy Proceedings and summaries of the provisions of the Plan. Both documents are available at www.deltadocket.com.

## HEARING TO CONSIDER DISCLOSURE STATEMENT; OBJECTION DEADLINE; PROPOSED VOTING RECORD DATE

A hearing on the Disclosure Statement is currently scheduled in the Bankruptcy Proceedings for February 7, 2007 at 2:30 p.m. (the "Disclosure Statement Hearing"). That hearing will consider whether the Disclosure Statement contains "adequate information" and otherwise satisfies the requirements of the United States Bankruptcy Code.

Pursuant to a filing made by Delta, any responses or objections to the Disclosure Statement must be actually received by the Bankruptcy Court, Delta, and certain other parties no later than January 25, 2007 at 4:00 p.m. (the "Objection Deadline"). Details regarding the requirements for any responses or objections are described in Delta's "Notice of (I) Filing of Debtors' Joint Plan of Reorganization and Disclosure Statement with Respect Thereto and (II) Hearing to Consider Approval of Disclosure Statement", a copy of which is attached to this Notice. The Trustee is currently evaluating the Disclosure Statement and formulating potential objections.

As part of the Plan filings, Delta is also seeking to establish February 1, 2007 as the record date for purposes of voting on the Plan (the "Voting Record Date"). To the extent this request is approved by the Bankruptcy Court, only those holders of the Bonds as of February 1, 2007 shall be entitled to vote to accept or reject the Plan.

It is possible that the Disclosure Statement Hearing, the Objection Deadline and the Voting Record Date may be changed.

## DESCRIPTION OF CERTAIN PROVISIONS OF THE DISCLOSURE STATEMENT AND PLAN[2]

Based upon certain statements contained in the Disclosure Statement and Plan, it is anticipated that Delta will file a revised Plan and Disclosure Statement prior to the hearing on the Disclosure Statement. As referenced below, Delta will also be supplementing the Plan with certain Exhibits and/or Schedules.

The Disclosure Statement includes the following statement with respect to the Bonds:

---

[2] All capitalized terms used but not defined in this section of this Notice shall have the meanings assigned to them in the Disclosure Statement.

3

UMB 01182

>Delta has been working with the Kenton County Airport Board ("KCAB") and UMB Bank, N.A. as indenture trustee ("KCAB Trustee") for two series of revenue bonds in the aggregate original principal amount of $438,000,000 (the $419,000,000 Kenton County Airport Board Special Facilities Revenue Bonds 1992 Series A (Delta Air Lines, Inc. Project) and $19,000,000 Kenton County Airport Board Special Facilities Revenue Bonds 1992 Series B, (Delta Air Lines, Inc. Project)) issued by the KCAB (the "KCAB Series 1992 Bonds") to restructure Delta's obligations related to Terminal 3, Concourse B and certain other facilities and improvements constructed with the proceeds of such bonds. Currently, the amount outstanding under the KCAB Series 1992 Bonds is $413,570,000.
>
>In July 2006, Delta reached an agreement in principle with KCAB and the KCAB Trustee concerning settling various matters related to the KCAB Series 1992 Bonds and Delta's continued use of most of the facilities constructed with the proceeds of such bonds after Delta rejects the related 1992 Facilities Agreement and certain other agreements. Recently, negotiations to finalize the settlement appear to have reached an impasse and there is no assurance that a settlement is still possible.

Disclosure Statement, page 46. Delta also includes references to other "Airport Bond Facilities" and makes general references to "Municipal Bonds" in other sections of the Disclosure Statement.

The Plan and Disclosure Statement as currently drafted do not expressly describe the treatment Delta proposes for any claims associated with the Facilities Lease or any other agreement or document in connection with the Bonds. With respect to executory contracts and leases generally, the Disclosure Statement provides:

>Pursuant to sections 365 and 1123 of the Bankruptcy Code, and except with respect to executory contracts and unexpired leases as to which a Treatment Objection is properly filed and served by the Treatment Objection Deadline, (i) each of the executory contracts and unexpired leases listed on Schedule 10.2(a) of the Plan shall be deemed assumed effective as of the Assumption Effective Date specified thereon, and the Proposed Cure specified thereon shall be the Cure and shall be deemed to satisfy fully any obligations the Debtors might have with respect to such executory contract or unexpired lease under section 365(b) of the Bankruptcy Code, (ii) each of the executory contracts and unexpired leases listed on Schedule 10.2(b) of the Plan shall be deemed rejected effective as of the Rejection Effective Date specified thereon and (iii) the Reorganized Debtors may assume or reject any of the executory contracts or unexpired leases designated as Deferred on Schedule 10.2(c) of the Plan by filing with the Bankruptcy Court and serving upon the Deferred Party a Notice of Intent to Assume or Reject at any time before the Deferred Agreement Deadline; *provided* that if the Reorganized Debtors do not file a Notice of Intent to Assume or Reject by the Deferred Agreement Deadline with respect to any executory contract or unexpired lease listed on Schedule 10.2(c) of the Plan, such executory contract or unexpired lease shall be deemed rejected effective as of the 181st calendar day after the Effective Date.

Disclosure Statement, page 89.

Delta has not filed the Schedules described in this section of the Disclosure Statement. As noted above, both the Plan and the Disclosure Statement indicate that Delta will be amending each of these documents prior to the hearing on Disclosure Statement.

UMB 01183

**BONDHOLDER COMMITTEE**

As discussed in previous notices, certain Bondholders have joined an unofficial Bondholders' Committee. Bondholders participating in such a group could be restricted in their ability to trade their Bonds. In addition, Delta has required that Bondholders who receive certain information from Delta enter into a confidentiality agreement which may not only restrict the ability of such Bondholders to trade the Bonds, but also the other securities of Delta.

**RETENTION OF COUNSEL**

The Trustee has retained the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and specifically Mr. William W. Kannel and Mr. Daniel S. Bleck of that firm, to represent it in connection with the Bankruptcy Proceedings. The address of Mr. Kannel and Mr. Bleck is Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111. Mr. Kannel's telephone number is (617) 348-1665; E-mail: wkannel@mintz.com. Mr. Bleck's telephone number is (617) 348-4498; E-mail: dbleck@mintz.com.

**FUTURE EVENTS**

The Trustee will periodically communicate with Bondholders through written notice of material events of a public nature which the Trustee has knowledge. To facilitate such communications, any beneficial holder who wishes to receive such written notices directly may send its notice address to the Trustee, including its claimed holdings for the Bonds held (with CUSIP numbers, DTC participant name and denominations, if applicable), a contact person, address, telephone number and e-mail address.

Please note that the Trustee may conclude that a specific response to particular inquiries from individual Bondholders is not consistent with equal and full dissemination of information to all Bondholders. Bondholders should not rely on the Trustee, or on counsel or other advisors retained by the Trustee, as their sole source of information. The Trustee makes no recommendations nor gives any investment advice herein or as to the Bonds generally.

**COMMUNICATIONS TO TRUSTEE**

If you wish to contact the Trustee regarding the Bonds or the contents of this Notice, we ask that you do so in writing directed to:

UMB Bank, N.A., as Trustee
Corporate Trust Division
2401 Grand Blvd.
Kansas City, MO 64108-2551
Attn: Anthony Hawkins
Vice President

Or you may contact either William Kannel or Daniel Bleck.

UMB 01184

Very truly yours,

UMB Bank, N.A.,
As Trustee

6

UMB 01185

Objection Deadline: January 25, 2007 at 4:00 p.m. (prevailing Eastern Time)
Hearing Date: February 7, 2007 at 2:30 p.m. (prevailing Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
In re:                                   :
                                         :
                                         : Chapter 11 Case No.
                                         :
DELTA AIR LINES, INC., et al.,           : 05-17923 (ASH)
                                         :
                                         : (Jointly Administered)
Debtors.                                 :
                                         :
---------------------------------------- x

## NOTICE OF (I) FILING OF DEBTORS' JOINT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT WITH RESPECT THERETO AND (II) HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that Delta Air Lines, Inc. ("**Delta**") and those of its subsidiaries that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**"),[1] filed their Joint Plan of Reorganization (as it may be subsequently amended, supplemented or otherwise modified, the "**Plan**") and their Disclosure Statement with respect thereto (as it may subsequently be amended, supplemented or otherwise modified, the "**Disclosure Statement**") on December 19, 2006. Electronic copies of the Disclosure Statement, the Plan and any supporting exhibits, supplements, schedules and appendices may be found on the Debtors' case information website – www.deltadocket.com and downloaded and printed at no charge.

PLEASE TAKE FURTHER NOTICE that a hearing will be held to consider the adequacy of the information contained in the Disclosure Statement on **February 7, 2007 at 2:30 p.m.** (prevailing Eastern Time), or as soon thereafter as counsel may be heard, before the Honorable Adlai S. Hardin, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York.

PLEASE TAKE FURTHER NOTICE that, at such hearing, the Debtors shall seek to establish **February 1, 2007** as the Voting Record Date (as that term is defined in the Plan) and the Rights Offering Record Date (as that term is defined in the Plan).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the adequacy of the Disclosure Statement must (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and (iii) be filed, together with proof of service, with the Bankruptcy Court and served so as to be actually RECEIVED no later than **January 25, 2007 at 4:00 p.m.** (prevailing Eastern time) by:

1. The United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601-4140, Attn: The Honorable Adlai S. Hardin, Jr.;

2. Attorneys for the Debtors, Davis Polk & Wardwell, 450 Lexington Avenue, New York, NY 10017, Attn: Marshall S. Huebner, Esq.;

---

[1] The Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, LLC; Kappa Capital Management, Inc.; and Song, LLC.

3. Conflicts counsel to the Debtors, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Lawrence M. Handelsman, Esq.;

4. Aircraft counsel to the Debtors, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, Attn: Richard F. Hahn, Esq.;

5. The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, NY 10004, Attn: Greg M. Zipes, Esq.;

6. Attorneys for the Creditors' Committee, Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, NY 10022, Attn: Daniel H. Golden, Esq., Lisa G. Beckerman, Esq. and David H. Botter, Esq.;

7. The Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549, Attn: Michael A. Berman;

8. The Securities and Exchange Commission, 3 World Financial Center, New York, NY 10281, Attn: Nathan Fuchs;

9. The Internal Revenue Service, 290 Broadway, New York, NY 10008, Attn: Sid Brown;

10. Bankruptcy Services LLC, 757 Third Avenue, New York, NY 10017, Attn: Robert Saraceni; and

11. Each of the Non-ECF Service Parties (as defined in the Bankruptcy Court's Order Approving Notice, Case Management and Administrative Procedures, entered October 6, 2005, ECF No. 660), a list of which is available on the Debtors' case information website – www.deltadocket.com.

Dated:   New York, New York
         December 27, 2006

By:   /s/ Marshall S. Huebner
      John Fouhey (JF 9006)
      Marshall S. Huebner (MH 7800)
      Timothy Graulich (TG 0046)
      Damian S. Schaible (DS 7427)
      DAVIS POLK & WARDWELL
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      Fax: (212) 450-6539

      Attorneys for Debtors and
        Debtors in Possession

UMB 01187