STATE OF TEXAS )
) ss:
CITY AND COUNTY OF DALLAS)

I, Glenn Hellums Jr., being duly sworn, depose and say that I am t
of the Publisher of THE WALL STREET JOURNAL , a daily nati
published and of general circulation in the City and County of New
City of Naperville, DuPage County, Illinois, and in the city and Co
and that the attached Notice has been regularly published in THE V
JOURNAL for national distribution for  one  insertion(s) on the foll
at the request of advertiser: Delta Air Lines and that the foregoing
correct to the best of my knowledge, information, and belief.



MITCHELL E. CHEATHAM
Notary Public, State of Texas
My Commission Expires
March 01, 2011

Sworn to before me this
19th day of March 2007

Notary Public

**BANKRUPTCIES**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: ) Chapter 11 Case No.
DELTA AIR LINES, INC., et al., ) 05-17923 (ash)
Debtors. ) (Jointly Administered)

TO ALL HOLDERS OF THE $419,000,000 KENTON COUNTY AIRPORT BOARD, SPECIAL FACILITIES REVENUE BONDS, 1992 SERIES A (DELTA AIR LINES, INC. PROJECT) AND THE $19,000,000 KENTON COUNTY AIRPORT BOARD, SPECIAL FACILITIES REVENUE BONDS, 1992 SERIES B (DELTA AIR LINES, INC. PROJECT)

| Series | Interest Rate | Maturity Date | CUSIP No. |
|---|---|---|---|
| Series A | 7.500% | 2/1/2012 | 491026JF8 |
| Series A | 7.500% | 2/1/2020 | 491026JG6 |
| Series A | 7.125% | 2/1/2021 | 491026JK7 |
| Series A | 6.125% | 2/1/2022 | 491026JH4 |
| Series B | 7.250% | 2/1/2022 | 491026JJ0 |

(collectively, the "Bonds").

**NOTICE OF (I) SETTLEMENT WITH DELTA AIR LINES, INC. REGARDING 1992 SERIES A AND 1992 SERIES B BONDS; (II) PROCEDURES CONCERNING COURT APPROVAL OF SETTLEMENT AND RELATED DEADLINES; AND (III) HEARING ON MOTION TO APPROVE SETTLEMENT**

**SETTLEMENT.** PLEASE TAKE NOTICE that Delta Air Lines, Inc. ("Delta") and certain of its affiliates filed separate voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York on September 14, 2005 (the "Bankruptcy Proceedings"). On March 8, 2007 Delta filed a motion in the Bankruptcy Proceedings to approve a settlement relating to the Bonds (the "Settlement"). If approved, the Settlement will resolve all claims the indenture trustee for the Bonds (the "Trustee") and/or holders of the Bonds ("Bondholders") may have against Delta and/or Kenton County Airport Board ("KCAB") in connection with the Bonds. The Trustee has previously provided notice of the Settlement to Bondholders in a notice to Bondholders dated February 23, 2007.

**DIRECTION FROM AND PARTICIPATION BY MAJORITY OF HOLDERS.** The Trustee has received a written and binding direction from holders of a majority in aggregate principal amount of the Bonds to enter into the Settlement. The direction instructed the Trustee to enter into the Settlement, and take all such further actions necessary or appropriate to consummate the Settlement.

**HOW TO OBTAIN INFORMATION CONCERNING THE SETTLEMENT.** The Trustee, Delta and KCAB have executed formal documents evidencing the terms and conditions of the Settlement. Copies of documents associated with the Settlement, including the settlement agreement (the "Settlement Agreement"), motion to approve the Settlement Agreement (the "Settlement Motion") and the proposed order (the "Settlement Order" and, collectively with the Settlement Agreement and Settlement Motion, the "Settlement Documents") are posted at www.kentoncountybondholders.com. The Settlement Documents are also available at www.deltadocket.com.

Bondholders may also obtain copies of the Settlement Documents and copies of information about procedures concerning the Settlement Motion and the hearing thereon at no charge by contacting Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Attention: Ian A. Hammel, One Financial Center, Boston, Massachusetts 02111. Mr. Hammel's telephone number is (617) 348-1724 and his e-mail address is: ihammel@mintz.com.

**OBJECTION DEADLINE, HEARING.** A hearing on the Settlement Motion has been scheduled for April 19, 2007 at 2:30 p.m. eastern time. The hearing will take place before the Honorable Adlai Hardin in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004-1408 (the "Bankruptcy Court").

Objections, if any, to the Settlement Motion and the relief sought therein must be made in writing and filed and served so as to be actually received by no later than 4:00 p.m. on April 12, 2007 eastern time. Bondholders should refer to the Order Approving Notice, Case Management and Administrative Procedures, a copy of which is available at www.deltadocket.com and the Notice to Bondholders Dated March 9, 2007, a copy of which is available at www.kentoncountybondholders.com for specific requirements relating to the form, filing and service of such a response. UNLESS A TIMELY OBJECTION IS FILED WITH THE BANKRUPTCY COURT AND SERVED IN ACCORDANCE WITH THESE REQUIREMENTS IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.

Very truly yours,
UMB Bank, N.A., As Trustee

* The Trustee makes no representation as to the accuracy of the CUSIP numbers.

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS)

I, Glenn Hellums Jr., being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper published and of general circulation in the City and County of New York, New York, City of Naperville, DuPage County, Illinois, and in the city and County of Dallas, Texas and that the attached Notice has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): 3/14/07 at the request of advertiser: Delta Air Lines and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

[Signature: Glenn Hellums Jr.]

[Notary stamp: MITCHELL E. CHEATHAM, Notary Public, State of Texas, My Commission Expires March 01, 2011]

Sworn to before me this 14th day of March, 2007

[Signature: Mitchell E. Cheatham]
Notary Public

## Affidavit of Publication

Publisher's Fee 1,507.70  Affidavit Charge 2.00

State of Ohio          }
                       }
                       } SS.
                       }
Hamilton County        }

Personally appeared *Judy Smith*

Of the The Enquirer, a newspaper printed in Cincinnati, Ohio and published in Cincinnati, in said County and State, and of general circulation in said county, who being duly sworn, deposeth and saith that the advertisement of which the annexed is a true copy, has been published in the said newspaper 1 times, once in each issue as follows:
3/14/07   3/14/07   3/14/07

☒ Cincinnati Enquirer
☒ Cincinnati Post
☒ Kentucky Post
☐ Kentucky Enquirer
☐ Cincinnati.Com

*Judy Smith*
AFFIANT
Sworn to before me, this
March 16, 2007

*Penny Stewart*
Notary Public of Ohio

PENNY STEWART
Notary Public, State of Ohio
My Commission Expires
June 21, 2011

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:  ) Chapter 11 Case No.
DELTA AIR LINES, INC., et al.,  ) 05-17923 (ash)
Debtors.  ) (Jointly Administered)

TO ALL HOLDERS OF THE $419,000,000 KENTON COUNTY AIRPORT BOARD, SPECIAL FACILITIES REVENUE BONDS, 1992 SERIES A (DELTA AIR LINES, INC. PROJECT) AND THE $19,000,000 KENTON COUNTY AIRPORT BOARD, SPECIAL FACILITIES REVENUE BONDS, 1992 SERIES B (DELTA AIR LINES, INC. PROJECT):

| Series | Interest Rate | Maturity Date | CUSIP No.[1] |
|---|---|---|---|
| Series A | 7.500% | 2/1/2012 | 491026JR8 |
| Series A | 7.800% | 2/1/2020 | 491026JS6 |
| Series A | 7.125% | 2/1/2021 | 491026JK7 |
| Series A | 6.125% | 2/1/2022 | 491026JH4 |
| Series B | 7.250% | 2/1/2022 | 491026JU0 |

(collectively, the "Bonds").

**NOTICE OF (I) SETTLEMENT WITH DELTA AIR LINES, INC. REGARDING 1992 SERIES A AND 1992 SERIES B BONDS; (II) PROCEDURES CONCERNING COURT APPROVAL OF SETTLEMENT AND RELATED DEADLINES; AND (III) HEARING ON MOTION TO APPROVE SETTLEMENT**

**SETTLEMENT.** PLEASE TAKE NOTICE that Delta Air Lines, Inc. ("Delta"), and certain of its affiliates filed separate voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York on September 14, 2005 (the "Bankruptcy Proceedings"). On March 8, 2007, Delta filed a motion in the Bankruptcy Proceedings to approve a settlement relating to the Bonds (the "Settlement"). If approved, the Settlement will resolve all claims the indenture trustee for the Bonds (the "Trustee") and/or holders of the Bonds ("Bondholders") may have against Delta and/or Kenton County Airport Board ("KCAB") in connection with the Bonds. The Trustee has previously provided notice of the Settlement to Bondholders in a notice to Bondholders dated February 23, 2007.

**DIRECTION FROM AND PARTICIPATION BY MAJORITY OF HOLDERS.** The Trustee has received a written and binding direction from holders of a majority in aggregate principal amount of the Bonds to enter into the Settlement. The direction instructed the Trustee to enter into the Settlement, and take all such further actions necessary or appropriate to consummate the Settlement.

**HOW TO OBTAIN INFORMATION CONCERNING THE SETTLEMENT.** The Trustee, Delta and KCAB have executed formal documents evidencing the terms and conditions of the Settlement. Copies of documents associated with the Settlement, including the settlement agreement (the "Settlement Agreement"), motion to approve the Settlement Agreement (the "Settlement Motion") and the proposed order (the "Settlement Order" and, collectively with the Settlement Agreement and Settlement Motion, the "Settlement Documents") are posted at www.kentoncountybondholders.com. The Settlement Documents are also available at www.deltadocket.com.

Bondholders may also obtain copies of the Settlement Documents and copies of information about procedures concerning the Settlement Motion and the hearing thereon at no charge by contacting Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Attention: Ian A. Hammel, One Financial Center, Boston, Massachusetts 02111. Mr. Hammel's telephone number is (617) 348-1724 and his e-mail address is: ihammel@mintz.com.

**OBJECTION DEADLINE, HEARING.** A hearing on the Settlement Motion has been scheduled for April 19, 2007 at 2:30 p.m. eastern time. The hearing will take place before the Honorable Adlai Hardin in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004-1408 (the "Bankruptcy Court").

Objections, if any, to the Settlement Motion and the relief sought therein must be made in writing and filed and served so as to be actually received by no later than 4:00 p.m. on April 12, 2007 eastern time. Bondholders should refer to the Order Approving Notice, Case Management and Administrative Procedures, a copy of which is available at www.deltadocket.com and the Notice to Bondholders Dated March 9, 2007, a copy of which is available at www.kentoncountybondholders.com for specific requirements relating to the form, filing and service of such a response. UNLESS A TIMELY OBJECTION IS FILED WITH THE BANKRUPTCY COURT AND SERVED IN ACCORDANCE WITH THESE REQUIREMENTS IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.

Very truly yours,
UMB Bank, N.A., As Trustee

[1] The Trustee makes no representation as to the accuracy of the CUSIP numbers.