UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | :     Chapter 11 Case No. |
| | : |
| **DELTA AIR LINES, INC.,** *et al.,* | :     05-17923 (ASH) |
| | : |
| **Debtors.** | :     **(Jointly Administered)** |
| | : |

------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE OF
## FINACIAL BALLOTING GROUP LLC

STATE OF NEW YORK   )
                     )   ss.:
COUNTY OF NEW YORK )

         Jane Sullivan, being duly sworn, deposes and says, under the penalty of perjury:

         1.     I am the Executive Director of Financial Balloting Group LLC ("FBG"),

located at 757 Third Avenue, New York, New York 10017, the firm requested by Bankruptcy

Services Inc. ("BSI") to assist with the service of solicitation packages on beneficial holders of

the public securities of Delta Air Lines, Inc. ("Delta") in connection with the Debtors' Joint Plan

of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan"). I am authorized to

submit this certification on behalf of FBG. Unless otherwise stated, I have personal knowledge

of the facts hereinafter set forth.

         2.     David Hartie, a Director of FBG, also assisted with the service described

herein.

         3.     The Affidavit of Service of Financial Balloting Group LLC of Solicitation

Packages and Non-Voting Packages on Holders of Public Securities was executed on February

22, 2007.

## Service of Master Ballots

4.    I hereby certify that on March 2, 2007, I caused sufficient copies of the master ballots (the "Master Ballots") to be delivered by overnight delivery service or by hand to the brokerage firms, banks, and agents (the "Voting Nominees") identified in Exhibit A hereto, to enable the Voting Nominees to cast votes on behalf of the beneficial owners of the securities in voting classes listed on Exhibit B hereto (the "Voting Securities") as of February 1, 2007 (the "Record Date").

5.    I also caused a letter of instruction to be included in each delivery of Master Ballots to a Voting Nominee.  A true and correct copy of the letter of instruction is attached hereto as Exhibit C.

6.    I further certify that on February 20, 2007, I caused copies of the Master Ballots to be sent by electronic mail to the non-U.S. Securities Depositories listed on Exhibit D hereto.

7.    Copies of the Master Ballots (coded MB-A through MB-T, or MB-ARB-1 through MB-ARB-32, depending on the Voting Security in question), are attached as Exhibit E hereto.

## Service of Kenton County Notices

8.    I hereby certify that on March 12 and 13, 2007, I caused sufficient copies of the documents described in Paragraph 9 hereof (the "Kenton County Notices") to be delivered by overnight delivery service or by hand to the brokerage firms, banks, and agents (the "Kenton County Nominees") identified on Exhibit F hereto, to enable the Kenton County Nominees to distribute the Kenton County Notices to beneficial owners of the Kenton County issuances listed

on Exhibit G hereto (the "Kenton County Securities") who held such Kenton County Securities as of the Record Date.

        9.     I also caused a letter of instruction to be included in each delivery to a Kenton County Nominee. A true and correct copy of the letter of instruction to Kenton County Nominees is attached hereto as Exhibit H.

        9.     The Kenton County Notices included the following items:

a) Notice of (I) Settlement with Delta Air Lines, Inc. Regarding 1992 Series A and 1992 Series B Bonds; (II) Procedures Concerning Court Approval of Settlement and Related Deadlines; and (III) Hearing on Motion to Approve Settlement, dated March 9, 2007, a copy of which is attached as Exhibit I hereto; and

b) Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 105, 363, and 365 for Entry of an Order (I) Approving Settlement Agreement; (II) Approving the Rejection of Certain Agreements; and (III) Authorizing the Entry Into Certain New Agreements, dated March 8, 2007 with the proposed order and Settlement Agreement dated March 8, 2007 Among Delta Air Lines, Inc., Kenton County Airport Board, UMB Bank, N.A., attached as exhibits thereto, a copy of which is attached as Exhibit J hereto.

## Records

        10.    The names of the Nominees included in Exhibits A and F, and the number of customers represented by such Nominees, were determined by following the usual and customary procedures employed in annual meetings and other solicitations involving debt and/or equity securities traded on one or more of the national exchanges. The Voting Nominees holding Voting Securities and Kenton County Nominees holding Kenton County Securities as of the Record Date were determined from the records of The Depository Trust Company.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____

Jane Sullivan

Sworn to before me this
20th day of March, 2007

_____
Notary Public

JENNIFER NGO
Notary Public , State of New York
No. 01NG6144757
Qualified in New York County
Commission Expires  April 24 , 20 10