WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Thomas E Lauria (admitted *pro hac vice*)
John K. Cunningham (JC 4661)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| DELTA AIR LINES, INC., et al., | Case No. 05-17923 (ASH) |
| Debtors. | Jointly Administered |

### FOURTH SUPPLEMENTAL STATEMENT OF WHITE & CASE LLP
### PURSUANT TO BANKRUPTCY RULE 2019

TO THE HONORABLE ADLAI S. HARDIN, JR.
UNITED STATES BANKRUPTCY JUDGE:

White & Case LLP ("W&C"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), states as follows:

1. On May 4, 2006, W&C filed its Verified Statement Pursuant to Bankruptcy Rule 2019 disclosing the nature of its representation of Aeromexico, Diamond Lease (U.S.A.), Inc., ING Bank N.V., ING Capital LLC, Ishikawajima-Harima Heavy Industries Co., Ltd., Société Générale and Wells Fargo Equipment Finance, Inc. in the above-captioned chapter 11 cases (the "Cases").

2. On March 13, 2007, W&C filed its Supplemental Verified Statement Pursuant to Bankruptcy Rule 2019 disclosing the nature of its representation of the Ad Hoc Committee of

MIAMI 713793 v1 (2K)

Kenton County Bondholders (the "Kenton County Bondholders Committee"), which consists of holders (or investment advisors to holders) of the $419,000,000 Kenton County Airport Board, Special Revenue Bonds, 1992 Series A (Delta Airlines, Inc. Project) and the $19,000,000 Kenton County Airport Board, Special Revenue Bonds, 1992 Series B (Delta Airlines, Inc. Project) (collectively, the "Bonds") issued by the Kenton County Airport Board, and guaranteed by Delta Air Lines, Inc.

3. On March 27, 2007, W&C filed its Second Supplemental Verified Statement Pursuant to Bankruptcy Rule 2019 to provide updated disclosures as to the composition of the Kenton County Bondholders Committee.

4. On April 25, 2007, W&C filed its Third Supplemental Verified Statement Pursuant to Bankruptcy Rule 2019 to provide updated disclosures as to the composition of the Kenton County Bondholders Committee and to disclose that W&C has from time to time advised Michele Burns, a former employee of the above-captioned chapter 11 debtors, without charge in respect of the Cases. An additional member of the Kenton County Bondholders Committee, Duncan-Williams, Inc., has furnished W&C with information regarding its holdings for purposes of this disclosure. Accordingly, W&C is filing this Fourth Supplemental Statement.

5. As of the date hereof, the aggregate principal amount of the Bonds owned or controlled by members of the Kenton County Bondholders Committee exceeds $50 million. Information about the members of the Kenton County Bondholders Committee is set forth on Exhibit A annexed hereto.

MIAMI 713793 v1 (2K)

Dated: Miami, Florida
       May 4, 2007

    White & Case LLP
    1155 Avenue of the Americas
    New York, New York 10036-2787
    (212) 819-8200

    Wachovia Financial Center
    200 South Biscayne Blvd., Suite 4900
    Miami, Florida 33131
    (305) 371-2700

By: /s/ John K. Cunningham
    Thomas E Lauria (admitted *pro hac vice*)
    John K. Cunningham (JC 4661)

## **VERIFICATION**

John K. Cunningham hereby declares under penalty of perjury as follows:

1. I am a partner of the law firm of White & Case LLP ("W&C"), counsel to the Ad Hoc Committee of Kenton County Bondholders in the above-captioned bankruptcy cases.

2. I have read the foregoing *Fourth Supplemental Statement of White & Case LLP Pursuant to Bankruptcy Rule 2019* and know the contents thereof to be true to the best of my knowledge. The source of my information and belief is W&C's communications with members of the Ad Hoc Committee of Kenton County Bondholders.

Dated: Miami, Florida
    May 4, 2007

                              /s/ John K. Cunningham
                              John K. Cunningham

## EXHIBIT A
## COMMITTEE MEMBERS

(1) Xerion Partners
    450 Park Avenue, 27th Floor
    New York, NY 10022

| Date | Description | Price | Amount |
|---|---|---|---|
| 12/07/06 | KCAB Series A 7.5% 2/1/20 | 74.50 | $1,000,000 |
| 12/08/06 | KCAB Series A 7.5% 2/1/20 | 75.50 | $2,000,000 |
| 12/08/06 | KCAB Series A 7.125% 2/1/21 | 75.25 | $2,000,000 |
| 9/12/06 | KCAB Series A 7.5% 2/1/20 | 77.75 | $2,075,000 |
| 9/26/06 | KCAB Series A 7.5% 2/1/20 | 78.00 | $1,600,000 |
| 3/28/06 | KCAB Series A 7.5% 2/1/20 | 60.00 | $2,000,000 |

Total Bonds:[1] $10,675,000

(2) Bergen Capital
    Division of Scott and Stringfellow
      a BB&T Corporation Affiliate
    777 Terrace Avenue, 6th Floor
    Hasbrouck Heights, NJ 07604

| Purchase Date(s) | Description | Ave. Cost | Amount |
|---|---|---|---|
| 11/17/06 to 4/02/07 | KCAB Series A 7.5% 2/1/12 | 66.602 | $115,000 |
| 11/17/06 to 4/02/07 | KCAB Series A 7.5% 2/1/20 | 68.584 | $265,000 |
| 03/06/07 to 4/12/07 | KCAB Series A 7.125% 2/1/21 | 55.500 | $55,000 |
| 11/17/06 to 4/12/07 | KCAB Series A 6.125% 2/1/22 | 64.441 | $545,000 |
| 12/13/06-2/27/07 | KCAB Series B 7.25% 2/1/22 | 70.747 | $95,000 |

Total Bonds: $1,075,000

(3) Moses Marx
    United Equities Company LLC
    160 Broadway
    New York, NY 10038

| Date | Description | Price | Amount |
|---|---|---|---|
| 3/17/06 | KCAB Series A 6.125% 2/1/22 | 64.25 | $1,775,000 |
| 6/1/06 | KCAB Series A 6.125% 2/1/22 | 58.125 | $800,000 |
| 8/16/06 | KCAB Series A 6.125% 2/1/22 | 55.000 | $500,000 |
| 9/12/06 | KCAB Series A 6.125% 2/1/22 | 58.125 | $2,640,000 |
| 9/26/06 | KCAB Series A 6.125% 2/1/22 | 60.250 | $7,800,000 |
| 3/28/06 | KCAB Series A 7.5% 2/1/20 | 69.50 | $1,825,000 |
| 12/7/06 | KCAB Series A 7.5% 2/1/20 | 74.5 | $5,000,000 |
| 3/28/06 | KCAB Series A 7.5% 2/1/12 | 70.50 | $325,000 |

---

[1] The $419,000,000 Kenton County Airport Board, Special Revenue Bonds, 1992 Series A (Delta Airlines, Inc. Project) and the $19,000,000 Kenton County Airport Board, Special Revenue Bonds, 1992 Series B (Delta Airlines, Inc. Project) (together, the "Bonds") issued by the Kenton County Airport Board, and guaranteed by Delta Air Lines, Inc.

| Date | Description | Price | Amount |
|---|---|---|---|
| 5/22/06 | KCAB Series A 7.125% 2/1/21 | 61.625 | $2,000,000 |
| 6/22/06 | KCAB Series A 7.125% 2/1/21 | 59.500 | $2,495,000 |
| 7/12/06 | KCAB Series A 7.125% 2/1/21 | 58.250 | $1,000,000 |
| 7/20/06 | KCAB Series A 7.125% 2/1/21 | 57.500 | $4,115,000 |
| 4/11/07 | KCAB Series A 7.5% 2/1/20 | 58.250 | $655,000 |

Total Bonds: $30,930,000

(4) Phil Lucas, bondbroker
    700 Walnut Street, Suite 600
    Cincinnati, OH 45202

| Date | Description | Price | Amount |
|---|---|---|---|
| 1997 to 2001 | KCAB Series A | 99 and up | $1,500,000 |

Total Bonds: $1,500,000 KCAB Series A.

Mr. Lucas makes a market in Kentucky municipal bonds so from time to time he will have small amounts of the Bonds in his trading accounts. At the moment he holds less than $350,000 with an average cost of approximately 65.

(5) Roger Smith
    3630 Jappeloup Lane
    Wellington, FL 33414

| Date | Description | Price | Amount |
|---|---|---|---|
| 11/06/01 | KCAB Series A | 98.83 | $375,000 |
| 11/01/04 | KCAB Series A | 89.55 | $125,000 |
| 01/20/04 | KCAB Series A | 90.06 | $40,000 |
| 10/15/04 | KCAB Series A 7.5% 2/1/12 | 74.668 | $850,000 |
| 12/04/06 | KCAB Series A 6.125% 2/1/22 | 72 | $1,100,000 |
| 01/29/07 | KCAB Series A 6.125% 2/1/22 | 74 | $1,500,000 |
| 02/05/07 | KCAB Series A 6.125% 2/1/22 | 74.35 | $1,100,000 |

Total Bonds: $5,090,000

Roger Smith holds over $25,000,000 of debt issued by Delta Air Lines, Inc. Mr. Smith purchased this debt over the past four years in prices ranging from 25 to 75. He holds several different issues, including 7.9%, 8.30%, and 9%.

(6) Carty & Company, Inc.
    6263 Poplar Avenue, Suite 800
    Memphis, TN 38119

| Date | Description | Price | Amount |
|---|---|---|---|
| 8/29/03 | KCAB Series A 7.5% 2/1/12 | 95.50 | $35,000 |
| 10/28/03 | KCAB Series A 7.5% 2/1/12 | 99.50 | $25,000 |
| 10/22/03 | KCAB Series A 7.5% 2/1/12 | 100.00 | $10,000 |
| 1/11/07 | KCAB Series A 7.5% 2/1/12 | 77.80 | $15,000 |
| 11/22/02 | KCAB Series A 7.5% 2/1/12 | 89.00 | $10,000 |
| 10/22/03 | KCAB Series A 7.5% 2/1/12 | 99.50 | $10,000 |

| Date | Description | Price | Amount |
|---|---|---|---|
| 8/23/03 | KCAB Series A 7.5% 2/1/12 | 95.60 | $25,000 |
| 8/23/03 | KCAB Series A 7.5% 2/1/12 | 98.60 | $25,000 |
| 5/18/04 | KCAB Series A 7.5% 2/1/12 | 90.50 | $20,000 |
| 9/26/03 | KCAB Series A 7.5% 2/1/12 | 98.25 | $25,000 |
| 4/13/04 | KCAB Series A 7.5% 2/1/12 | 96.77 | $10,000 |
| 7/02/01 | KCAB Series A 7.5% 2/1/12 | 103.35 | $10,000 |
| 10/22/03 | KCAB Series A 7.5% 2/1/12 | 99.00 | $25,000 |
| 10/26/03 | KCAB Series A 7.5% 2/1/12 | 100.00 | $5,000 |
| 1/09/07 | KCAB Series A 7.5% 2/1/12 | 77.75 | $15,000 |
| 3/14/07 | KCAB Series A 7.5% 2/1/12 | 57.50 | $15,000 |
| 5/06/04 | KCAB Series B 7.25% 2/1/22 | 83.25 | |
| 1/12/05 | | 85.15 | $60,000 |
| 5/17/04 | KCAB Series B 7.25% 2/1/22 | 83.00 | $35,000 |
| 12/13/04 | KCAB Series B 7.25% 2/1/22 | 81.00 | $15,000 |
| 12/13/04 | KCAB Series B 7.25% 2/1/22 | 81.00 | $15,000 |
| 12/10/04 | KCAB Series B 7.25% 2/1/22 | 82.50 | $50,000 |
| 11/12/04 | KCAB Series A 7.5% 2/1/20 | 79.75 | $10,000 |
| 1/19/07 | KCAB Series A 7.5% 2/1/20 | 78.80 | $25,000 |
| 11/26/03 | KCAB Series A 7.5% 2/1/20 | 99.00 | $10,000 |
| 11/15/04 | KCAB Series A 7.5% 2/1/20 | 77.625 | $10,000 |
| 8/13/99 | KCAB Series A 7.5% 2/1/20 | 107.502 | $10,000 |
| 12/02/04 | KCAB Series A 7.5% 2/1/20 | 83.85 | $20,000 |
| 10/12/01 | KCAB Series A 7.5% 2/1/20 | 100.00 | $5,000 |
| 3/26/04 | KCAB Series A 7.5% 2/1/20 | 98.00 | $15,000 |
| 11/12/04 | KCAB Series A 7.5% 2/1/20 | 79.75 | $50,000 |
| 9/01/00 | KCAB Series A 7.5% 2/1/20 | 103.84 | $5,000 |
| 3/10/05 | KCAB Series A 7.5% 2/1/20 | 94.025 | $35,000 |
| 11/15/04 | KCAB Series A 7.5% 2/1/20 | 79.75 | $10,000 |
| 10/01/01 | KCAB Series A 7.5% 2/1/20 | 100.00 | $25,000 |
| 3/14/07 | KCAB Series A 7.5% 2/1/20 | 57.50 | $20,000 |
| 11/19/04 | KCAB Series A 7.125% 2/1/21 | 78.40 | $10,000 |
| 12/08/06 | KCAB Series A 7.125% 2/1/21 | 70.10 | $10,000 |
| 10/11/01 | KCAB Series A 7.125% 2/1/21 | 96.10 | $10,000 |
| 12/08/03 | KCAB Series A 7.125% 2/1/21 | 98.52 | $10,000 |
| 4/6/01 | KCAB Series A 7.125% 2/1/21 | 103.596 | $10,000 |
| 10/12/01 | KCAB Series A 7.125% 2/1/21 | 96.08 | $5,000 |
| 1/05/04 | KCAB Series A 7.125% 2/1/21 | 95.50 | $10,000 |
| 12/02/03 | KCAB Series A 7.125% 2/1/21 | 98.625 | $10,000 |
| 9/28/01 | KCAB Series A 7.125% 2/1/21 | 95.75 | $10,000 |
| 2/01/01 | KCAB Series A 7.125% 2/1/21 | 103.952 | $20,000 |
| 1/12/04 | KCAB Series A 7.125% 2/1/21 | 97.50 | $20,000 |
| 12/28/04 | KCAB Series A 7.125% 2/1/21 | 83.450 | $40,000 |
| 10/31/02 | KCAB Series A 7.125% 2/1/21 | 72.50 | $10,000 |
| 12/20/04 | KCAB Series A 7.125% 2/1/21 | 81.50 | $5,000 |
| 3/14/07 | KCAB Series A 7.125% 2/1/21 | 57.500 | $60,000 |
| 9/18/96 | KCAB Series A 6.125% 2/1/22 | 97.50 | $50,000 |
| 10/18/00 | KCAB Series A 6.125% 2/1/22 | 99.50 | $30,000 |
| 11/30/00 | KCAB Series A 6.125% 2/1/22 | 100.00 | $20,000 |
| 3/30/01 | KCAB Series A 6.125% 2/1/22 | 100.00 | $100,000 |
| 8/25/03 | KCAB Series A 6.125% 2/1/22 | 75.50 | $40,000 |
| 3/30/04 | KCAB Series A 6.125% 2/1/22 | 78.15 | $50,000 |
| 11/19/04 | KCAB Series A 6.125% 2/1/22 | 69.25 | 10,000 |
| 4/30/97 | KCAB Series A 6.125% 2/1/22 | 100.00 | $5,000 |
| 6/13/00 | KCAB Series A 6.125% 2/1/22 | 94.559 | $5,000 |
| 2/27/97 | KCAB Series A 6.125% 2/1/22 | 100.00 | $10,000 |

VERIFIED STATEMENT OF WHITE & CASE LLP            iii
PURSUANT TO BANKRUPTCY RULE 2019

MIAMI 713793 v1 (2K)

| Date | Description | Price | Amount |
|---|---|---|---|
| 11/27/00 | KCAB Series A 6.125% 2/1/22 | 99.50 | $10,000 |
| 1/24/94 | KCAB Series A 6.125% 2/1/22 | 100.00 | $15,000 |
| 02/97 | KCAB Series A 6.125% 2/1/22 | 103.00 | $25,000 |
| 12/97 | KCAB Series A 6.125% 2/1/22 | 100.00 | $25,000 |
| 3/05/98 | KCAB Series A 6.125% 2/1/22 | 102.26 | $15,000 |
| 04/29/97 | KCAB Series A 6.125% 2/1/22 | 100.00 | $10,000 |
| 04/30/97 | KCAB Series A 6.125% 2/1/22 | 100.00 | $5,000 |
| 02/01/01 | KCAB Series A 6.125% 2/1/22 | 100.00 | $20,000 |
| 08/30/96 | KCAB Series A 6.125% 2/1/22 | 99.00 | $5,000 |
| 3/21/97 | KCAB Series A 6.125% 2/1/22 | 99.75 | $10,000 |
| 4/20/98<br>8/03/00 | KCAB Series A 6.125% 2/1/22 | 103.823<br>97.950 | $25,000 |
| 6/07/05<br>1/31/05 | KCAB Series A 6.125% 2/1/22 | 79.00<br>74.00 | $190,000 |
| 4/15/05<br>5/15/06<br>12/08/06 | KCAB Series A 6.125% 2/1/22 | 73.822<br>57.00<br>70.50 | $55,000 |
| 2/08/05 | KCAB Series A 6.125% 2/1/22 | 73.98 | $5,000 |
| 1/09/07 | KCAB Series A 6.125% 2/1/22 | 76.072 | $25,000 |
| 7/12/02 | KCAB Series A 6.125% 2/1/22 | 91.97 | $10,000 |
| 11/29/00 | KCAB Series A 6.125% 2/1/22 | 99.25 | $20,000 |
| 12/12/06 | KCAB Series A 6.125% 2/1/22 | 72.967 | $10,000 |
| 1/11/07 | KCAB Series A 6.125% 2/1/22 | 76.072 | $10,000 |
| 8/23/96 | KCAB Series A 6.125% 2/1/22 | 99.71 | $10,000 |
| 7/10/01 | KCAB Series A 6.125% 2/1/22 | 100.00 | $25,000 |
| 4/18/97 | KCAB Series A 6.125% 2/1/22 | 98.75 | $10,000 |
| 6/12/01 | KCAB Series A 6.125% 2/1/22 | 100.00 | $5,000 |
| 7/31/01 | KCAB Series A 6.125% 2/1/22 | 100.00 | $25,000 |
| 8/23/96 | KCAB Series A 6.125% 2/1/22 | 99.71 | $10,000 |
| 7/09/01 | KCAB Series A 6.125% 2/1/22 | 100.00 | $10,000 |
| 2/27/97 | KCAB Series A 6.125% 2/1/22 | 100.00 | $10,000 |
| 11/16/04 | KCAB Series A 6.125% 2/1/22 | 68.00 | $15,000 |
| 11/17/04 | KCAB Series A 6.125% 2/1/22 | 67.50 | $20,000 |
| 12/11/06 | KCAB Series A 6.125% 2/1/22 | 72.00 | $25,000 |
| 8/27/01 | KCAB Series A 6.125% 2/1/22 | 100.00 | $10,000 |
| 12/08/06 | KCAB Series A 6.125% 2/1/22 | 72.96 | $10,000 |
| 1/09/07 | KCAB Series A 6.125% 2/1/22 | 76.00 | $15,000 |
| 12/08/06 | KCAB Series A 6.125% 2/1/22 | 72.75 | $25,000 |
| 6/12/00 | KCAB Series A 6.125% 2/1/22 | 94.012 | $25,000 |
| 3/14/07 | KCAB Series A 6.125% 2/1/22 | 56.260 | $20,000 |

Total Bonds: $2,025,000

(7) Duncan – Williams, Inc.
    6750 Poplar Avenue, Suite 300
    Memphis, Tennessee 38138

| Purchase Date(s) | Description | Cost | Amount |
|---|---|---|---|
| 12/13/06 | KCAB Series B 7.25% 2/1/22 | 76.00 | $10,000 |
| 12/14/06 | KCAB Series A 7.125% 2/1/21 | 77.00 | $500,000 |
| 11/19/03 to 2/23/07 | KCAB Series A 7.125% 2/1/21 | 55.50 to 94.743 | $430,000 |

Total Bonds: $940,000

**VERIFIED STATEMENT OF WHITE & CASE LLP**                iv
**PURSUANT TO BANKRUPTCY RULE 2019**

MIAMI 713793 v1 (2K)