DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 450-6539
Marshall S. Huebner (MH 7800)
Timothy Graulich (TG 0046)
James I. McClammy (JM 5592)
Andrew Dean (AD 4312)

Attorneys for Delta Air Lines, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| **DELTA AIR LINES, INC., et al.,** | Chapter 11 Case No. |
| | 05-17923 (ASH) |
| Debtors. | (Jointly Administered) |
| **KENTON COUNTY BONDHOLDERS COMMITTEE,** | |
| Appellants, | |
| v. | 07 Civ. 3968 (JGK) |
| **DELTA AIRLINES, INC., et. al.,** | CERTIFICATE OF SERVICE |
| Appellees. | |

I, Andrew Dean, an attorney admitted to practice in this District, hereby certify that on June 22, 2007, I served a true copy of Appellee Delta Air Lines, Inc., (i) brief in support of the bankruptcy court's April 24, 2007 order approving the settlement agreement, (ii) declaration of James I. McClammy and its exhibits, (iii) the affidavit of Billy W. Williams on the parties below via electronic email:

    Thomas Lauria
    Christopher Shore
    John Cunningham
    1155 Avenue of the Americas
    New York, New York
    10036-2787
    E-mail: tlauria@whitecase.com

    Selinda A. Melnik
    Edwards Angell Palmer & Dodge LLP
    919 North Market Street
    Suite 1500
    Wilmington, DE 19801
    E-mail: smelnik@eapdlaw.com

    Wilbert Ziegler
    Matthew Smith
    Ziegler & Schneider
    541 Buttermilk Pike
    Covington, KY 41017

    William W. Kannel
    Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
    One Financial Center / Boston, MA 02111
    Phone: 617.348.1665
    Cell: 617.290.6780
    E-mail: wkannel@mintz.com

    Abid Qureshi
    Akin Gump Strauss Hauer & Feld LLP
    590 Madison Avenue
    New York, NY  10022-2524
    E-mail:  aqureshi@akingump.com

    Christine Cesare
    Bryan Case

      1290 Avenue of the Americas
      New York, NY 10104

Dated: New York, New York
       June 22, 2007

                          DAVIS POLK & WARDWELL

                          By: /s/ Andrew Dean

                          Andrew Dean (AD 4312)
                          450 Lexington Avenue
                          New York, New York 10017
                          (212) 450-4763
                          *Attorney for Delta Air Lines, Inc.*