UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | United States Bankruptcy Court |
| DELTA AIRLINES, INC., *et al.*, | Southern District of New York |
| Debtors. | Chap. 11 Case No. 05-17923 (ASH) |
| | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KENTON COUNTY BONDHOLDERS
COMMITTEE,
    Appellants,

  v.                1:07-CV-3968 (JGK)

DELTA AIRLINES, INC., KENTON COUNTY
AIRPORT BOARD, and UMB BANK, N.A., AS
SUCCESSOR INDENTURE TRUSTEE
    Appellees

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK )
         )ss:
COUNTY OF NEW YORK )

    PATRICIA L. ORLOWSKI, being duly sworn, deposes and says that:

    1.  I am over 18 years of age, am not a party to this action, and I reside in Bronx, New York.

    2.  On Friday, June 22, 2007, I served true copies of the following:

**(i) NOTICE OF MOTION; and**

**(ii) MOTION FOR LEAVE TO FILE BRIEF OF AMERICAN BANKERS ASSOCIATION AS *AMICUS CURIAE* IN SUPPORT OF APPELLEE UMB BANK, N.A. AS SUCCESSOR INDENTURE TRUSTEE; and**

**(iii) BRIEF OF AMICUS CURIAE AMERICAN BANKERS ASSOCIATION IN SUPPORT OF APPELLEE UMB BANK, N.A. AS SUCCESSOR INDENTURE TRUSTEE**

upon the parties listed in the Service List attached hereto, by electronic mail.

                       PATRICIA L. ORLOWSKI

Sworn to before me this
_____ day of _____, 2007.

_____
Notary Public

JENNIFER L. POMPER
Notary Public, State Of New York
No. 01PO5061963
Qualified In Suffolk County
Certificate Filed In New York County
Commission Expires June 17, 20__

1

| SERVICE LIST | | |
|---|---|---|
| <u>Party</u> | <u>Attorney</u> | <u>E-mail Address</u> |
| Ad Hoc Committee of Kenton County Bondholders | John K. Cunningham, Esq.<br>Christopher Shore, Esq.<br>Thomas E. Lauria, Esq.<br><br>White & Case LLP | jcunningham@miami.whitecase.com<br>cshore@ny.whitecase.com<br>tlauria@whitecase.com |
| The Debtors | Marshall S. Huebner, Esq.<br>James I. McClammy, Esq.<br>Andrew B. Dean, Esq.<br>Timothy Graulich, Esq.<br><br>Davis Polk & Wardwell | marshall.huebner@dpw.com<br>james.mcclammy@dpw.com<br>andrew.dean@dpw.com<br>timothy.graulich@dpw.com |
| Official Committee of Unsecured Creditors | Daniel H. Golden, Esq.<br>Lisa G. Beckman, Esq.<br>David H. Botter, Esq.<br>Abid Qureshi, Esq.<br><br>Akin GumpStrauss Hauer & Feld LLP | dgolden@akingump.com<br>lbeckerman@AkinGump.com<br>dbotter@AkinGump.com<br>aqureshi@akingump.com |
| Kenton County Airport Board | Selinda Melnik, Esq.<br>Matthew C. Smith, Esq.<br>William Ziegler, Esq.<br>Debra Pleatman, Esq.<br><br>Ziegler & Schneider, P.S.C. | SMelnik@eapdlaw.com<br>msmith@zslaw.com<br>wziegler@zslaw.com<br>dpleatman@zslaw.com<br>smartin@zslaw.com |
| UMB Bank, N.A. | William W. Kannel, Esq.<br>Daniel S. Bleck, Esq.<br>Ian A. Hammel, Esq.<br>Matthew C. Hurley, Esq.<br><br>Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. | wwkannel@mintz.com<br>dsbleck@mintz.com<br>ihammel@mintz.com<br>mchurley@mintz.com |