UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

In re DELTA AIR LINES, INC. et al.,

         Debtors.

Chapter II

05-B-17923 (ASH)

---

KENTON COUNTY BONDHOLDERS COMMITTEE,

         Appellants,

    - against -

DELTA AIR LINES, INC. et al.,

         Appellees.

07 Civ. 3968 (JGK)
07 Civ. 4148 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to docket the attached Scheduling Stipulation and Order, which was previously entered in the miscellaneous docket M-47 for the Delta Bankruptcy matter, in the files for both Case No. 07 Civ. 3968 and Case No. 07 Civ. 4148, in keeping with the request of the parties.

SO ORDERED.

Dated:    New York, New York
         June 26, 2007

                      John G. Koeltl
              United States District Judge

**UNITED STATES DISTRICT COURT** DOC # 3/5
**SOUTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT FILED
MAY 30 2007
S. D. OF N.Y.

|  |  |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| DELTA AIR LINES, INC., et al., | ) Case No. 05-17923 (ASH) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |
| KENTON COUNTY BONDHOLDERS | ) |
| COMMITTEE | ) |
| | ) M-47 (JGK) ← |
| Appellants. | ) |
| | ) |
| v. | ) |
| | ) |
| DELTA AIR LINES, INC., et al., | ) |
| | ) |
| Appellees. | ) |

## STIPULATION AND ORDER REGARDING APPEALS

The seven members of the Ad Hoc Committee of Kenton County Bondholders

(the "Appellants")[1] having appealed from (i) the Order Granting Debtors' Motion for Entry of an

Order (I) Approving Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure

9019, (II) Approving the Rejection of Certain Agreements under Section 365 and (III)

Authorizing the Entry into Certain New Agreements under Section 363 (the "Settlement Order")

and (ii) the Order Confirming Debtors' Joint Plan of Reorganization under Chapter 11 of the

Bankruptcy Code (the "Confirmation Order"), each entered by the United States Bankruptcy

Court for the Southern District of New York (the "Bankruptcy Court") in the above captioned

chapter 11 cases of Delta Air Lines, Inc. and its affiliated debtors (collectively, the "Debtors");

---

[1]    The Appellants are Xerion Partners, Bergen Capital, Moses Marx, Phil Lucas, Roger Smith, Carty & Company, Inc. and Duncan-Williams, Inc.

and the parties having agreed to the following appeal schedules and other related matters as set forth herein; and sufficient cause appearing therefor, it is hereby

ORDERED that a schedule for the appeal of the Settlement Order (the "Settlement Appeal") will be established such that:

(1) the Debtors, UMB Bank, N.A., as Trustee, the Kenton County Airport Board and the Post-Effective Date Committee (collectively, the "Appellees") shall serve and file any counter-designation of the record no later than May 18, 2007;

(2) the Appellants shall serve and file their opening brief no later than May 30, 2007 at noon (prevailing eastern time);

(3) the amici, if any, supporting the Appellants' positions shall serve and file a motion for authority to file an amicus brief (with a final copy of the proposed amicus brief attached) no later than May 30, 2007 at noon (prevailing eastern time);

(4) the Appellees shall each serve and file their respective opening briefs no later than June 22, 2007;

(5) the amici, if any, supporting the Appellees' positions shall serve and file a motion for authority to file an amicus brief (with a final copy of the proposed amicus brief attached) no later than June 22, 2007;

(6) the Appellants may serve and file a reply brief no later than June 29, 2007;

(7) the opening brief filed by the Appellants and each Appellee (which, in lieu of separate motions to dismiss, shall include any arguments relating to mootness

2

and/or equitable mootness) shall be no longer than forty (40) pages in length,

and any reply brief shall be no longer than fifteen (15) pages in length;

(8) this Court will hear oral argument on the Settlement Appeal on July $\cancel{27}$, ~at 3 30 P. M, . 2007, and it is further

ORDERED that a schedule for the appeal of the Confirmation Order (the "Confirmation Appeal") will be established such that:

(1) the Appellants shall serve and file their designation of the record and issues on appeal no later than May 14, 2007 (with no need to redesignate any record items already designated by any party as part of the record on the Settlement Appeal);

(2) the Appellees shall serve and file any counter-designation of the record no later than May 21, 2007;

(3) briefing on the Confirmation Appeal shall be suspended until after the final resolution of the Settlement Appeal by the entry of a final non-appealable order by the highest court to which the Settlement Order is appealed or from which certiorari is sought (the "Final Settlement Order");

(4) if and only if the Final Settlement Order affirms the Settlement Order in toto, the Confirmation Appeal shall automatically be deemed irrevocably withdrawn with prejudice and Appellants shall, within three (3) days of the entry of such Final Settlement Order, formally withdraw the Confirmation Appeal irrevocably and with prejudice;

(5) if and only if the Settlement Order is reversed or vacated (in whole or in part) by the Final Settlement Order, the Confirmation Appeal shall proceed and the

3

parties shall submit to the Court, within ten (10) days of the entry of such

Final Settlement Order, a proposed scheduling order for the briefing of the

Confirmation Appeal, provided, however, that (i) Appellants irrevocably

agree that the Confirmation Appeal shall be limited exclusively to seeking to

void or excise (solely as to UMB Bank, as Trustee, and its respective

affiliates, officers, directors, employees, advisors, professionals and agents,

and solely on behalf of the seven Appellants and with respect to the 1992

Bond Indenture) the exculpations set forth in paragraph 83 of the

Confirmation Order and Section 13.5 of the Debtors' Joint Plan of

Reorganization under Chapter 11 of the Bankruptcy Code (the "Plan"), and

(ii) Debtors and KCAB each agree solely for themselves and their respective

affiliates, officers, directors, employees, advisors, professionals and agents

that, in such event, they will not assert or rely upon the exculpations set forth

in paragraph 83 of the Confirmation Order and/or Section 13.5 of the Plan as

affirmative defenses in any action asserting a Released Claim, as defined in

the Settlement Agreement, commenced by any of the parties hereto against the

Debtors; and it is further

ORDERED that the Appellants' motion for an expedited appeal of the Settlement
Appeal is hereby withdrawn, without prejudice; and it is further

ORDERED that nothing in this Stipulation and Order shall in any way prejudice
the ability of any party hereto to raise any argument or to cite to any documents, evidence or
proceedings before the Bankruptcy Court in support of their respective positions in either the
Settlement Appeal or the Confirmation Appeal.

4

AGREED TO BY:

Dated: May _15_, 2007                    By: _Marshall S. Huebner_

Marshall S. Huebner, Esq. (MH 7800)
Timothy Graulich, Esq. (TG 0046)
James I. McClammy, Esq. (JM 5592)
Andrew Dean, Esq. (AD 4312)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

Attorneys for Debtors and Debtors in Possession

Dated: May ___, 2007                    By:_____

Thomas E Lauria, Esq. (pro hac vice)
J. Christopher Shore, Esq. (JCS 6031
John K. Cunningham, Esq. (JC 4661)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131-2352

Attorneys for the Ad Hoc Committee of Kenton
County Bondholders

AGREED TO BY:


Dated:  May ___, 2007                    By: _____
                                         Marshall S. Huebner, Esq. (MH 7800)
                                         Timothy Graulich, Esq. (TG 0046)
                                         James I. McClammy, Esq. (JM 5592)
                                         Andrew Dean, Esq. (AD 4312)
                                         DAVIS POLK & WARDWELL
                                         450 Lexington Avenue
                                         New York, NY 10017

                                         Attorneys for Debtors and Debtors in Possession


Dated:  May /5, 2007                     By: _____
                                         Thomas E Lauria, Esq. (pro hac vice)
                                         J. Christopher Shore, Esq. (JCS 6031
                                         John K. Cunningham, Esq. (JC 4661)
                                         WHITE & CASE LLP
                                         1155 Avenue of the Americas
                                         New York, New York 10036-2787
                                         Telephone:  (212) 819-8200
                                         Facsimile:  (212) 354-8113

                                         Wachovia Financial Center, Suite 4900
                                         200 South Biscayne Boulevard
                                         Miami, FL 33131-2352

                                         Attorneys for the Ad Hoc Committee of Kenton
                                         County Bondholders

Dated: May _15_ 2007                    By: _Selinda A Melnik_
                                           Selinda A. Melnik, Esq. (SM 1614)
                                           EDWARDS ANGELL PALMER
                                           & DODGE LLP
                                           919 North Market Street, Suite 1500
                                           Wilmington, DE 19801
                                           Phone: (302) 425-7103

                                           Wilbert L. Ziegler, Esq.
                                           Matthew C. Smith, Esq.
                                           ZIEGLER & SCHNEIDER, P.S.C.
                                           541 Buttermilk Pike, Suite 500
                                           P.O. Box 175710
                                           Covington, KY 41017

                                           Attorneys for the Kenton County Airport Board

Dated: May ___, 2007                    By: _____
                                           Daniel H. Golden (DG-5624)
                                           David H. Botter (DB-2300)
                                           Abid Qureshi (AQ 4882)
                                           AKIN GUMP STRAUSS HAUER & FELD, LP
                                           590 Madison Avenue
                                           New York, NY 10022
                                           (212) 872-1000 (telephone)
                                           (212) 872-1002 (Facsimile)

                                           Attorneys for the Post-Effective Date
                                           Committee of Delta Air Lines, Inc., *et al.*

6

Dated: May ___, 2007

By: _____
Selinda A. Melnik, Esq. (SM 1614)
EDWARDS ANGELL PALMER
& DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 425-7103

Wilbert L. Ziegler, Esq.
Matthew C. Smith, Esq.
ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017

Attorneys for the Kenton County Airport Board

Dated: May 15, 2007

By: _____
Daniel H. Golden (DG-5624)
David H. Botter (DB-2300)
Abid Qureshi (AQ 4882)
AKIN GUMP STRAUSS HAUER & FELD, LP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (telephone)
(212) 872-1002 (Facsimile)

Attorneys for the Post-Effective Date
Committee of Delta Air Lines, Inc., *et al.*

6

Dated: May 15, 2007

By: _____

William W. Kannel, Esq. (WK 5285)
Daniel S. Bleck, Esq. (DB 5465)
Dominic J. Picca, Esq. (DP 2376)
Matthew C. Hurley, Esq. (MH 5258)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111

Attorneys for UMB Bank, N.A., as Trustee


SO ORDERED:

Dated: May 17, 2007

By: _____

HONORABLE JOHN G. KOELTL,
UNITED STATES DISTRICT COURT JUDGE

7