UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| DELTA AIR LINES, INC., et al., | ) Case No. 05-17923 (ASH) |
| Debtors. | ) Jointly Administered |
| KENTON COUNTY BONDHOLDERS COMMITTEE, | ) |
| Appellants. | ) 07 Civ. 03968 (JGK) |
| v. | ) |
| DELTA AIR LINES, INC., et al., | ) |
| Appellees. | ) |

**CERTIFICATE OF SERVICE**

I, J. Christopher Shore, do hereby certify that on the 29th day of June 2007, I caused a copy of the Reply Brief of Appellants, the Ad Hoc Committee of Kenton County Bondholders, to be filed electronically on the Court's docket and to be served by email to the email addresses listed on Schedule A attached hereto and by first class United States mail on the parties listed on Schedule B attached hereto.

MIAMI 729979 (2K)

Dated: Miami, Florida
June 29, 2007

        WHITE & CASE LLP
        1155 Avenue of the Americas
        New York, New York  10036-2787
        (212) 819-8200
        J. Christopher Shore (JCS 6031)

        Wachovia Financial Center
        200 South Biscayne Boulevard, Suite 4900
        Miami, Florida 33131
        (305) 371-2700

By:   /s/   J. Christopher Shore
       J. Christopher Shore (JCS 6031)

# EXHIBIT A

# SERVICE LIST

andrew.dean@dpw.com
marshall.huebner@dpw.com
timothy.graulich@dpw.com
james.mcclammy@dpw.com
bkannel@mintz.com
dbleck@mintz.com
mchurley@mintz.com
djpicca@mintz.com
smelnik@eapdlaw.com
rcmartin@eapdlaw.com
ssatyaprasad@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
mhurley@akingump.com
dgolden@akingump.com
lbeckerman@akingump.com
wziegler@zslaw.com
smartin@zslaw.com
dpleatman@zslaw.com
msmith@zslaw.com
dcfleischman@bryancave.com
cbcesare@bryancave.com
msmith@zslaw.com
wziegler@zslaw.com

## EXHIBIT B

## SERVICE LIST

Edwards, Angell, Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Attn:   Selinda A. Melnik, Esq.

Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
Attn:   Abid Qureshi, Esq.

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:   Marshall S. Huebner, Esq.

Bryan Cave
1290 Avenue of Americas
New York, NY 10104
Attn:   Dennis Fleishmann, Esq.

Ziegler & Schneider
541 Buttermilk Pike
Covington, KY 41017
Attn:   Wilbert Ziegler, Esq.

Mintz, Levin, Cohen, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Attn:   William W. Kannel, Esq.

MIAMI 729979 (2K)