UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re DELTA AIR LINES, INC., et al.,
                    Debtors.
------------------------------------------------------------X
KENTON COUNTY BONDHOLDERS COMMITTEE,
                    Appellants,

        -against-

DELTA AIR LINES, INC., et al.,
                    Appellees.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07

07 **CIVIL** 3968 (JGK)

**JUDGMENT**

        Appellants having appealed from a Settlement Order of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on August 27, 2007, having rendered its Opinion and Order affirming the Settlement Order entered by the Bankruptcy Court, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 27, 2007, the Settlement Order entered by the Bankruptcy Court is hereby affirmed.

**Dated:** New York, New York
           August 28, 2007

                                                  J. MICHAEL McMAHON
                                                     **Clerk of Court**
                          BY:
                                                       **Deputy Clerk**

                                      THIS DOCUMENT WAS ENTERED
                                      ON THE DOCKET ON _____