# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELTA AIR LINES, INC., et al., | Case No. 05-17923 (ASH) |
| Debtors. | Jointly Administered |
| KENTON COUNTY BONDHOLDERS COMMITTEE, | |
| Appellants. | 07 Civ. 03968 (JGK) |
| v. | |
| DELTA AIR LINES, INC., et al., | |
| Appellees. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2007, I caused a copy of the Statement of Issues and Designation of Record on Appeal of the Ad Hoc Committee of Kenton County Bondholders to the United States Court of Appeals for the Second Circuit from the Order entered by the District Court on August 27, 2007 [Civ. Docket No. 25] to be served by email to the email addresses listed on Exhibit A attached hereto and by first class United States mail on the parties listed on Exhibit B attached hereto.

MIAMI 744390 (2K)

Dated: New York, NY
September 25, 2007

        WHITE & CASE LLP
        1155 Avenue of the Americas
        New York, New York 10036-2787
        (212) 819-8200
        J. Christopher Shore (JCS 6031)

        Thomas E Lauria (Admitted *Pro Hac Vice*)
        John Cunningham (JC 4661)
        Wachovia Financial Center
        200 South Biscayne Boulevard, Suite 4900
        Miami, Florida 33131
        (305) 371-2700

By:  /s/ J. Christopher Shore
      J. Christopher Shore (JCS 6031)

## EXHIBIT A

## SERVICE LIST

andrew.dean@dpw.com
marshall.huebner@dpw.com
timothy.graulich@dpw.com
james.mcclammy@dpw.com
bkannel@mintz.com
dbleck@mintz.com
iahammel@mintz.com
mchurley@mintz.com
djpicca@mintz.com
smelnik@eapdlaw.com
rcmartin@eapdlaw.com
ssatyaprasad@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
mhurley@akingump.com
dgolden@akingump.com
lbeckerman@akingump.com
wziegler@zslaw.com
smartin@zslaw.com
dpleatman@zslaw.com
msmith@zslaw.com
dcfleischman@bryancave.com
cbcesare@bryancave.com

## EXHIBIT B

## SERVICE LIST

Selinda A. Melnik, Esq.
Edwards, Angell, Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Marshall S. Huebner, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Wilbert Ziegler, Esq.
Ziegler & Schneider, P.S.C.
541 Buttermilk Pike
P.O. Box 175710
Covington, KY 41017-5710

Greg M. Zipes, Esq.
Office of the United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004

Abid Qureshi, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Dennis Fleishmann, Esq.
Bryan Cave LLP
1290 Avenue of Americas
New York, NY 10104-3300

William W. Kannel, Esq.
Mintz, Levin, Cohen, Ferris, Glovsky and
    Popeo, P.C.
One Financial Center
Boston, MA 02111

MIAMI 744390 (2K)