**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| DELTA AIR LINES, INC., et al., | ) | Case No. 05-17923 (ASH) |
|  | ) | Jointly Administered |
| Reorganized Debtors. | ) |  |
|  | ) |  |
|  | ) |  |
| KENTON COUNTY BONDHOLDERS COMMITTEE | ) ) |  |
|  | ) | 07 Civ. 3968 (JGK) |
| Appellants. | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DELTA AIR LINES, INC., et al., | ) |  |
|  | ) |  |
| Appellees. | ) |  |
|  | ) |  |

**COUNTERDESIGNATION OF RECORD ON APPEAL FROM ORDER ENTERED BY THE DISTRICT COURT ON AUGUST 27, 2007 [CIVIL DOCKET NO. 25] ON BEHALF OF REORGANIZED DEBTORS, KENTON COUNTY AIRPORT BOARD, UMB BANK, N.A. AS INDENTURE TRUSTEE, AND THE POST-EFFECTIVE COMMITTEE OF UNSECURED CREDITORS**

Delta Air Lines, Inc. ("Delta") and those of its subsidiaries that are reorganized debtors in these proceedings (collectively, the "Reorganized Debtors"),[1] the Kenton County Airport Board ("KCAB"), UMB Bank, N.A., as Indenture Trustee (the "Trustee"), and the Post-Effective Committee of Unsecured Creditors (the "Committee"), by and through their undersigned

---

[1] The Reorganized Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, LLC; Kappa Capital Management, Inc.; and Song, LLC.

attorneys, hereby submit, pursuant to Rule 6(b)(2)(B)(ii) of the Federal Rules of Appellate Procedure, the following counter-designation of additional items to be included in the record on appeal to the United States Court of Appeals for the Second Circuit with respect to the appeal of the order and opinion of the United States District Court for the Southern District of New York (the "Order"), dated August 27, 2007 [Civ. Docket No. 25], affirming that Order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court Order"), dated April 24, 2006 [Bankr. Docket No. 5916] granting the Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 105, 363 and 365 for Entry of an Order (I) Approving Settlement Agreement; (II) Approving the Rejection of Certain Agreements; and (III) Authorizing the Entry into Certain New Agreements [Bankr. Docket No. 5050].

### Counter-Designation of Additional Items to Be Included in the Record on Appeal

Pursuant to Rule 6(b)(2)(B)(ii) of the Federal Rules of Appellate Procedure, the Reorganized Debtors, KCAB, the Trustee, and the Committee counter-designate the following additional items to be included in the record on appeal:

| Date | Bankruptcy Docket Number | Pleading |
|---|---|---|
| 1/9/07 | 4096 | Re-Notice of Hearing |
| 2/22/07 | 5585 | Transcript of February 22, 2007 Hearing before The Honorable Adlai S. Hardin, United States Bankruptcy Court, Southern District of New York |
| 3/13/07 | 5193 | Supplemental Statement of White & Case |

|   |   |   |
|---|---|---|
|   |   | LLP Pursuant to Bankruptcy Code 2019 |
| 3/27/07 | 5459 | Second Supplemental Statement of White & Case LLP Pursuant to Bankruptcy Code 2019 |
| 4/25/07 | 5978 | Third Supplemental Statement of White & Case LLP Pursuant to Bankruptcy Code 2019 |
| 5/4/07 | 6095 | Fourth Supplemental Statement of White & Case LLP Pursuant to Bankruptcy Code 2019 |
| 4/18/07 | 5822 | Certification of Jane Sullivan of Financial Balloting Group LLC with Respect to the Tabulation of Votes on the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 4/27/07 | 6023 | Order Denying Application of Objecting Bondholders For Stay Pending Appeal of This Court's Order (I) Approving Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019, (II) Approving the Rejection of Certain Agreements Under Section 365 and (III) Authorizing the Entry into Certain New Agreements Under Section 363 |
| 4/25/07 | 6139 | Transcript of April 25, 2007 Hearing before The Honorable Adlai S. Hardin, United States Bankruptcy Court, Southern District of New York |
| 4/25/07 | 5998 | Order Confirming Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code |
| 4/4/07 |   | Deposition Transcript of Frank Bramwell (highlighted portions as agreed to and designated by the parties) |
| 4/6/07 |   | Deposition Transcript of Robert F. Holscher, (highlighted portions as agreed to and designated by the parties) |
| 4/10/07 |   | Deposition Transcript of Jay Turney (highlighted portions as agreed to and |

| | | |
|---|---|---|
| | | designated by the parties) |
| 4/23/07 | 5863 | Declaration of Timothy R. Coleman in Support of the Confirmation of the Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code |
| 4/23/07 | 5863 | Declaration of Edward H. Bastian in Support of Confirmation of the Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code |
| 5/2/07 | | Transcript of May 2, 2007 Stay Hearing before The Honorable John G. Koetl, United States District Court, Southern District of New York |

New York, NY
Dated: October 4, 2007

By:       /s/ James I. McClammy
Marshall S. Huebner  (MH 7800)
James I. McClammy (JM 5992)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Fax:  (212) 450-6539
Attorneys for Reorganized Debtors

      /s/ William W. Kannel
William W. Kannel (WK5285)
Daniel S. Bleck, Esquire (DB5465)
Ian A. Hammel, Esquire (IH8267)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02110
Tel: (617) 542-6000
Attorneys for UMB Bank, N.A. as Successor Indenture Trustee

   /s/ Selinda A. Melnik
Selinda A. Melnik (SM 1614)
New York, New York 10022
- and –
919 North Market Street, Suite 1500
Wilmington, Delaware 19081
Telephone: (302) 425-7103
Facsimile: (302) 777-7263
Co-counsel for the
Kenton County Airport Board


   /s/ Matthew C. Smith
ZIEGLER & SCHNEIDER, P.S.C.
Matthew C. Smith, Esq. (admitted *pro hac vice*)
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, Kentucky 41017-5710 26
Telephone: (859) 426-1300
Facsimile: (859) 426-1350
Co-counsel for the
Kenton County Airport Board


   /s/ Abid Qureshi
Daniel H. Golden (DG-5624)
David H. Botter (DB-2300)
Abid Qureshi (AQ-4882)
AKIN GUMP STRAUS HAUER & FELD
590 Madison Avenue
New York, NY 10022
Phone: (212) 872-1000
Attorneys for the Post-Effective Committee of Unsecured Creditors